1  Peter Kristofer Strojnik, State Bar No. 242728
   strojnik@skplaw.com
2  **THE STROJNIK FIRM LLC**
3  Esplanade Center III, Suite 700
   2415 East Camelback Road
4  Phoenix, Arizona 85016
   Telephone:  (602) 510-9409
5  Facsimile:   (602) 865-7788
6
7  Attorneys for Plaintiff THERESA BROOKE
8
                    **UNITED STATES DISTRICT COURT**
9
                    **NOTHERN DISTRICT OF CALIFORNIA**
10
11

| THERESA BROOKE, a married woman dealing with her sole and separate claim,  Plaintiff,  vs.  ARKAY PROPERTIES I LP,  Defendant. | Case No: 3:17-cv-04703-SK  **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
|---|---|

       NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above

action with prejudice; each party to bear her/its own costs and attorneys' fees.

       RESPECTFULLY SUBMITTED this 18th day of September, 2017.

                                    **THE STROJNIK FIRM L.L.C.**

                                    _____
                                    Peter Kristofer Strojnik (242728)
                                    Attorneys for Plaintiff THERESA BROOKE